```
Court Name: US DISTRICT COURT EDKY
Division: 2
Receipt Number: 2011603
Cashier ID: lvoskuhl
Transaction Date: 06/28/2018
Payer Name: Durst Law Office, LLC
--------------------------------
CIVIL FILING FEE
 For: Durst Law Office, LLC
 Case/Party: D-KYE-2-18-CV-000110-001
 Amount:         $400.00
--------------------------------
CHECK
 Check/Money Order Num: 1213
 Amt Tendered:  $400.00
--------------------------------
Total Due:       $400.00
Total Tendered:  $400.00
Change Amt:      $0.00
```

Gretchen Schmidt v.

St. Eliz.Healthdare

2:18-cv-110-WOB
filing fee