EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 473-2017-01180 |
| | | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mrs. Gretchen Schmidt | 859-462-6210 | 8/14/50 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2237 Genevieve Ln. | Covington, KY 41011 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| St. Elizabeth's Hospital | > 15 | 859-212-5200 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1 Medical Village Drive | Edgewood, Ky 41017 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☒ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: May, 2017    Latest: August, 2017

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

EEOC, CINCINNATI AREA OFFICE

SEP 28 2017

RECEIVED

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

9/28/17
Date    Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

Alexander J. Durst, Attorney At Law
NOTARY PUBLIC - STATE OF OHIO
My commission has no expiration date
Sec. 147.03 R.C.

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EXHIBIT 1

## The Particulars Are:

In early 2017, Ms. Schmidt took planned medical leave to have surgery to address her disability. She kept St. Elizabeth up to date with her progress and was informed in April of 2017 that she could return to work when cleared by her doctor. However, she was still having issues, and learned from her doctors that she would need to have surgery to address two additional disabilities. To minimize the amount of work she would have to miss, she arranged to have both surgeries around August 1, 2017 so that she could recover from both of them simultaneously instead of taking leave two more times. She had twelve remaining weeks of leave. When she informed the medical leave office of her need for additional medical leave, the retaliation started. In early May, she received a call from her manager, Deb Augsback. Deb informed Ms. Schmidt that a meeting with HR would be required before she could return to work.

A meeting was scheduled for May 3, 2017. Ms. Schmidt decided to bring an attorney with her to the meeting because she began to fear that St. Elizabeth was discriminating and retaliating against her and she had no idea what might happen or what her rights were. Brandi Cornet, HR Business Partner, was very upset that Ms. Schmidt had engaged an attorney. Ms. Cornet refused to allow Gretchen's lawyer to participate in the meeting, stating that it is was policy not to allow employees to have attorneys present at such a meeting. Ms. Cornet then sent Ms. Schmidt the following email:



New contact info found
Brandi Cornett add...

From: Brandi Cornett
To:   Gretchen Schmidt, Gretchen Schmidt
Cc: Lisa Blank

Hide

**Meeting**
May 4, 2017 at 4:55 PM
Found in Gmail All Mail Mailbox

Hi Gretchen,

As you are aware, we attempted to meet with you today at 3pm to discuss concerns about your past work performance . You arrived at our scheduled meeting with your attorney and we immediately advised you that as your employer, we choose to meet directly with only you, our employee, without your attorney or our attorney being present. As a result, we were not able to meet with you today. I am inviting you again to meet with us tomorrow morning, 05/05/17, at 9am here in Human Resources. If you choose not to attend this meeting, we will presume that you are resigning from your position with St. Elizabeth Healthcare.

Thank you,

Brandi Cornett
HR Business Partner

After receiving this threat, Ms. Schmidt attended the meeting. At the meeting, where Ms. Cornet and Ms. Augsback were present, Ms. Schmidt was told there were issues they wanted to address with her, and had her type a written response to two issues raised. These "issues" were raised long after the fact. One was a complaint supposedly received on January 8, 2017 wherein Ms. Schmidt was accused of being rude to a heroin-addicted patient who had given birth under a bridge. The other was an unverified complaint supposedly received after Ms. Schmidt had gone on medical leave that she had administered pain medication to a hospice cancer patient without his consent. Ms. Schmidt was then placed on administrative leave. Not only were these issues not raised until after Ms. Schmidt requested additional medical leave, neither of these alleged offenses are terminable according to St. Elizabeth's employee handbook. We believe St. Elizabeth terminated Ms. Schmidt because of her health issues, because of her age (66), because she took medical leave, because she requested additional medical leave and because she engaged in the protected activity of engaging an attorney.