```
                 UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF KENTUCKY
                       NORTHERN DIVISION
                         AT COVINGTON
```

**CIVIL ACTION NO.: 2:18-cv-110 (WOB-CJS)**

**GRETCHEN SCHMIDT**                                            **PLAINTIFF**

**VS.**                              **JUDGMENT**

**ST. ELIZABETH MED. CTR.**                                     **DEFENDANT**

Pursuant to the Memorandum Opinion and Order filed concurrently herewith,

**IT IS ORDERED AND ADJUDGED** that summary judgment be, and is hereby, **ENTERED IN DEFENDANT'S FAVOR.** This matter is hereby **STRICKEN** from the docket of the Court.

This 4th day of November 2020.



Signed By:
*William O. Bertelsman* WOB
United States District Judge