## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION AT COVINGTON

| | | |
|---|---|---|
| **Gretchen Schmidt** | : | |
| | : | |
| Plaintiff, | : | Case No. 2:18-cv-110 |
| | : | |
| v. | : | Judge: William O. Bertelsman |
| | : | |
| **St. Elizabeth Medical Center, Inc.** | : | |
| *d/b/a* **St. Elizabeth Healthcare** | : | |
| | : | |
| Defendant. | : | |

---

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Gretchen Schmidt hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Memorandum Opinion and Order [Doc. 53] and Judgment [Doc. 54] entered in this action on the 4th day of November, 2020.

Dated: December 1, 2020                    Respectfully submitted,

*/s/ Alexander J. Durst*_____
Alexander J. Durst (Ohio Bar No. 0089819)
(Admitted pro hac vice)
The Durst Law Firm
810 Sycamore St., 2nd Floor
Cincinnati, OH 45202
Tel: (513) 621-2500
Fax: (513) 621-0200
Email: alex@durstlawfirm.com
Attorney for Plaintiff

cc:    United States Court of Appeals for the Sixth Circuit
       Counsel for Defendant St. Elizabeth Medical Center, Inc.