# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: December 03, 2020

Mr. Nicholas C. Birkenhauer
Dressman Benzinger LaVelle
207 Thomas More Parkway
Crestview Hills, KY 41017

Mr. Alexander Durst
Law Office
810 Sycamore Street
Second Floor
Cincinnati, OH 45202

Mr. Robert M. Hoffer
Dressman Benzinger LaVelle
207 Thomas More Parkway
Crestview Hills, KY 41017

> Re: Case No. 20-6364, *Gretchen Schmidt v. St. Elizabeth Medical Center*,
> Originating Case No. : 2:18-cv-00110

Dear Counsel,

   This appeal has been docketed as case number **20-6364** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **December 17, 2020**.  Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

|          |                                                          |
|----------|----------------------------------------------------------|
| Appellant: | Appearance of Counsel<br>Civil Appeal Statement of Parties & Issues<br>Disclosure of Corporate Affiliations<br>Application for Admission to 6th Circuit Bar (if applicable) |
| Appellee:  | Appearance of Counsel<br>Disclosure of Corporate Affiliations<br>Application for Admission to 6th Circuit Bar (if applicable) |

More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Ryan E. Orme
Case Manager
Direct Dial No. 513-564-7079

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 20-6364

GRETCHEN SCHMIDT

      Plaintiff - Appellant

v.

ST. ELIZABETH MEDICAL CENTER, INC., dba St. Elizabeth Healthcare

      Defendant - Appellee