UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
CASE NO. 2:18-CV-00110-WOB-CJS

GRETCHEN SCHMIDT                                                                            PLAINTIFF

v.

ST. ELIZABETH MEDICAL CENTER, INC.
d/b/a ST. ELIZABETH HEALTHCARE                                                    DEFENDANT

## **STIPULATION OF DISMISSAL**

Come now the parties, by and through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that all matters have been resolved between them and the within action should be dismissed with prejudice, each party to bear their own costs.

*Have seen and agreed*:

/s/ Kevin F. Hoskins
Kevin F. Hoskins (KBA #91027)
Nicholas C. Birkenhauer (KBA #91901)
Dressman Benzinger LaVelle PSC
207 Thomas More Parkway
Crestview Hills, Kentucky 41017
Phone: (859) 341-1881
Fax: (859) 341-1469
Email: khoskins@dbllaw.com
          nbirkenhauer@dbllaw.com
*Attorneys for St. Elizabeth Healthcare*

/s/ Alexander J. Durst
Alexander J. Durst
The Durst Law Firm
810 Sycamore Street, Second Floor
Cincinnati, Ohio 45202
Phone: (513) 621-2500
Email: alex@durstlawfirm.com
*Attorney for Plaintiff*

943666v1