Case No. 20-6364

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

GRETCHEN SCHMIDT

    Plaintiff - Appellant

v.

ST. ELIZABETH MEDICAL CENTER, INC., dba St. Elizabeth Healthcare

    Defendant - Appellee

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33, RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: March 08, 2021