# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 08, 2021

Mr. Alexander Durst
Law Office
810 Sycamore Street
Second Floor
Cincinnati, OH 45202

Mr. Kevin Fitzpatrick Hoskins
Dressman Benzinger LaVelle
207 Thomas More Parkway
Crestview Hills, KY 41017

      Re:  Case No. 20-6364, *Gretchen Schmidt v. St. Elizabeth Medical Center*
            Originating Case No. : 2:18-cv-00110

Dear Sir or Madam,

   The Court issued the enclosed (Order/Opinion) today in this case.

                               Sincerely yours,

                               s/Connie A. Weiskittel
                               Mediation Administrator

cc:  Mr. Robert R. Carr

Enclosure

No mandate to issue